**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DAVID FRANKS,** | ) | **Case No** |
| **Plaintiff,** | ) | **Honorable Judge** |
| **v.** | ) | **Jury Demand** |
| **OFFICER THOMAS HOGAN and SGT. D. MOELLER Individually and THE VILLAGE OF WOODRIDGE,** | ) | |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, DAVID FRANKS, by and through his attorneys, The Blanchard Law Group, P.C., and Attorney James Tunick, complaining against the Defendants, OFFICER THOMAS HOGAN and SGT. MOELLER, individually, and THE VILLAGE OF WOODRIDGE states as follows:

**COUNT I— EXCESSIVE FORCE**

1. This action is brought pursuant to the law of the U.S. Constitution, specifically 42 U.S.C. § 1983. That jurisdiction is proper with this court pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

2. Plaintiff, DAVID FRANKS, is a resident of the State of Illinois.

3. That at all times relevant, Defendants OFFICER THOMAS HOGAN and SGT. MOELLER were acting as an employee/agent of THE VILLAGE OF WOODRIDGE.

4. On or about March 2, 2023, the Plaintiff, DAVID FRANKS, was at a Verizon store located at 2828 75th Street, Unit 1, Woodridge, IL.

5. At one point **DAVID FRANKS** got into a verbal dispute with an employee of the store.

6. Defendant OFFICER Hogan came to the store and identified himself as a Woodridge Police Officer.

7. At no point in time prior to Defendant OFFICER THOMAS HOGAN and SGT. MOELLER using force against Plaintiff DAVID FRANKS did Plaintiff provoke Defendant officers.

8. Suddenly and without just cause and provocation, Defendant SGT. MOELLER threw Plaintiff on the ground and MOELLER and HOGAN put their knees on Plaintiff's back.

9. As a result of said use of force, the Plaintiff, DAVID FRANKS, was injured and suffered from those injuries.

10. The Plaintiff did nothing to provoke said use of force.

11. The aforesaid use of force by Defendants OFFICER THOMAS HOGAN and SGT. MOELLER was excessive, unprovoked, unreasonable, and completely unnecessary.

12. The actions and inactions of Defendants OFFICER THOMAS HOGAN and SGT. MOELLER were intentional, willful, and wanton.

13. Said actions violated the Plaintiff's Fourth Amendment rights and were in violation of said rights as enforced by 42 U.S.C. §1983.

14. That as a direct and proximate result of the actions of Defendants OFFICER THOMAS HOGAN and SGT. MOELLER the Plaintiff DAVID FRANKS suffered injuries and continues to suffer fear, emotional distress, anxiety, pain, and suffering.

**WHEREFORE**, the Plaintiff, DAVID FRANKS, prays that this Honorable Court enter judgment against Defendants OFFICER THOMAS HOGAN and SGT. MOELLER, in an amount of reasonable in compensatory damages and for punitive damages, plus attorney's fees and costs.

## COUNT II – FALSE ARREST

1-14. The Plaintiff, **DAVID FRANKS**, hereby re-alleges and incorporates all his allegations of Count I as his respective allegations of Count II as though fully set forth herein.

15. In order to cover up his misconduct, Defendant OFFICER Hogan signed a false criminal complaint alleging that Plaintiff DAVID FRANKS committed the crimes of resisting an officer, obstruction of identification, and disorderly conduct on him prior to seizing him.

16. Plaintiff DAVID FRANKS was not committing a crime or breaking any laws during his verbal communication with Defendant OFFICER HOGAN.

17. The Plaintiff was seized.

18. The Plaintiff was not free to go.

19. There were no facts to support any probable cause that Plaintiff was committing any crimes.

20. The Defendant's actions constituted an unlawful arrest.

21. The actions of the Defendant were intentional, willful, and wanton.

22. As a result of the Defendant's actions, the Plaintiff was wrongfully arrested.

23. The actions of the Defendants constituted a violation of Plaintiff DAVID FRANKS's Fourth Amendment rights as protected by 42 U.S.C. § 1983.

24. As a result of the actions of the Defendants, the Plaintiff, DAVID FRANKS suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

**WHEREFORE**, the Plaintiff, DAVID FRANKS prays for judgment in his favor and against Defendants OFFICER THOMAS HOGAN and SGT. MOELLER individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees, and costs.

## **COUNT III—INDEMNIFICATION**

1-24. The Plaintiff, DAVID FRANKS, hereby re-alleges and incorporates all his allegations of Count II as his respective allegations of Count III as though fully set forth herein.

25. Illinois Statute provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

26. Defendants OFFICER THOMAS HOGAN and SGT. MOELLER are and were employees of the Village of Woodridge Police Department.

27. In the above-described events, Defendants OFFICER THOMAS HOGAN and SGT. MOELLER acted within the scope of his employment.

28. If Defendants OFFICER THOMAS HOGAN and SGT. MOELLER are found liable for any of the acts alleged above, Defendant THE VILLAGE OF WOODRIDGE would be liable to pay the Plaintiff any judgment obtained against Defendants OFFICER THOMAS HOGAN and SGT. MOELLER OFFICER.

WHEREFORE, should the individual Defendants, OFFICER THOMAS HOGAN and SGT. MOELLER OFFICER, be found liable for any of the acts alleged above, the Defendant, THE VILLAGE OF WOODRIDGE, would be liable to pay the Plaintiff, DAVID FRANKS, any judgment obtained against the Defendants plus attorneys' fees and costs.

**JURY DEMAND**

Plaintiff DAVID FRANKS prays for trial by jury.

Respectfully submitted,

/s/ Terri Blanchard
Blanchard Law Group, P.C.

Terri Blanchard
Blanchard Law Group, P.C.
15255 S. 94th Ave.

Suite 500
Orland Park, IL 60462
(office) (708) 428-6387
(cell) (815) 260-6563
tblanchard@blanchardlawgroup.org

James D. Tunick
*Law Offices of James D. Tunick*
650 N. Dearborn St. Suite 700
Chicago, IL 60654
(office) (312) 994-9100
(cell) (773) 425-1657
jamestunick@gmail.com